AO 450(Rev. 5/85)Judgment in a Civil Case



# United States District Court
## Northern District of Illinois
### Eastern Division

James Nelson                    **JUDGMENT IN A CIVIL CASE**

v.                              Case Number: 04 C 7660

BP Corporation North America, Inc. et al

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court approves the settlement, and dismisses this class action with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 5/1/2006          /s/ Stephen C. Tokoph, Deputy Clerk